FORM 18. Joint Stipulation of Voluntary Dismissal

Form 18
March 2023

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## JOINT STIPULATION OF VOLUNTARY DISMISSAL

**Case Number:** 25-1543, 25-1544

**Short Case Caption:** Apple Inc. v. AliveCor, Inc.

**Instructions.** Use this form only to file a joint stipulation of voluntary dismissal pursuant to Fed. R. App. P. 42(b)(1). This form may not be used if a motion is required pursuant to Fed. R. App. P. 42(b)(2)-(3). Below, please identify each case number to be dismissed separately, including any consolidated case numbers.

Pursuant to Federal Rule of Appellate Procedure 42(b)(1), all parties hereby stipulate to the voluntary dismissal of the below-noted case number(s):

25-1543, 25-1544

Costs are to be assigned as follows:

☑ Each side shall bear their own costs.
☐ Other:

Date: 04/17/2025

Signature: /s/ Brian Rosenthal
Name: Brian Rosenthal
Party Name: Apple Inc.

Date: 04/17/2025

Signature: /s/ Kirk Bradley
Name: Kirk Bradley
Party Name: AliveCor, Inc.

☐ Additional pages attached